IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Crystal D. Hughes, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:13cv569 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Marty Donini, Scioto County Sheriff, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on September 3, 2013 (Doc. 4), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 20, 2013,

hereby ADOPTS said Report and Recommendation.

Accordingly, the following claims are **DISMISSED:**

(1)	Plaintiff's claim against the Scioto County Sheriff, Scioto County, Scioto
County's Commissioners and the City of Portsmouth, Ohio based on the theory of
negligent supervision and inadequate training of their employees;

(2)	Plaintiff's claims against the Scioto County Sheriff's and Deputy Sheriff's
Department, the SCCC and the Scioto County Jail.  *See* 28 U.S.C. §
1915(e)(2)(B).

IT IS SO ORDERED.

         ___s/Susan J. Dlott_____
         Chief Judge Susan J. Dlott
         United States District Court