IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Crystal D. Hughes, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv569 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Scioto County Sheriff's Department, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on April 16, 2014 a Report and Recommendation (Doc. 24). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 26).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, this action is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted as to Defendants Portsmouth Officers Tim Taulbee, Dale Herman, Tyler Clifford, Kyle McCain and Eric Brown.

To the extent the amended complaint is construed as asserting the claims previously dismissed by the Court, such claims are dismissed for the reasons stated in the Court's Order of October 3, 2013.

The Court certifies pursuant to 28 U.S.C. § 1915(a) an appeal of any Order will not be taken in good faith and therefore **DENIES** plaintiff to appeal *in forma pauperis*.

IT IS SO ORDERED.

                                                                                    s/Susan J. Dlott  
                                                                                Chief Judge Susan J. Dlott  
                                                                                United States District Court