IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Crystal Hughes, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:13cv569 |
| vs. | : | |
| | : | Chief Judge Susan J. Dlott |
| Marty Donini, Scioto County Sheriff, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Stephanie K. Bowman filed on October 24, 2014 (Doc. 44), to whom this case was

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 10, 2014,

hereby ADOPTS said Report and Recommendation.

Accordingly, defendants' motions for judgment on the pleadings (Docs. 27 and 28) are

**GRANTED.**  Plaintiff's claims against defendants Boone, Powell and Dunham are

**DISMISSED.**

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court