IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Crystal D. Hughes,                              :
                                                :
              Plaintiff(s),                      :
                                                :   Case Number: 1:13cv569
       vs.                                       :
                                                :   Judge Susan J. Dlott
Marty Donini, Scioto County Sheriff, et al.,    :
                                                :
              Defendant(s).                      :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 4, 2016 a Report and Recommendation (Doc. 84). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 89) and defendant City of Portsmouth filed a response to the objections (Doc. 90).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly defendants' motions for summary judgment (Docs. 61 and 62) are GRANTED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.


                                        ___s/Susan J. Dlott_____
                                        Judge Susan J. Dlott
                                        United States District Court